IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT APPLEGARTH and GERRY
LYNN APPLEGARTH, Husband and
Wife                                                              PLAINTIFFS

       v.         Civil No. 06-5237

SCRAP-ALL PROPERTIES, LLC,
a Missouri Limited Liability
Company                                                           DEFENDANT

## O R D E R

Now on this 31st day of January, 2007, comes on for consideration defendant's **Motion To Allow Defendant's Counsel To Proceed Without Designating Local Counsel** (document #3), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and attorneys Don R. Lolli and Patrick J. Kaine are allowed to represent defendant *pro hac vice*.  Attorneys Lolli and Kaine are directed to register with the Court's CM/ECF system and enter their appearance if they have not already done so.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE