IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT APPLEGARTH and GERRY
LYNN APPLEGARTH, Husband and
Wife                                                          PLAINTIFFS

   v.   Civil No. 06-5237

SCRAP-ALL PROPERTIES, LLC,
a Missouri Limited Liability Company                          DEFENDANT

### O R D E R

Now on this 2nd day of May, 2007, comes on for consideration the parties' **Joint Motion To Dismiss** (document #10), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

          /s/ Jimm Larry Hendren
          **JIMM LARRY HENDREN**
          **UNITED STATES DISTRICT JUDGE**